06 - CV - 02099 - BNB

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 20 2006

GREGORY C. LANGHAM
CLERK

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 19 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-01513-ZLW

SEAN GUERRERO,

    Plaintiff,

v.

ARAMARK FOOD SERVICE,
EDDIE GILMORE,
MAURICE WOMACK,
RICHARD L. VOGHT,
TRI COUNTY HEALTH DEPT.,
STATE BOARD OF MEDICAL EXAMINERS,
STATE BOARD OF NURSING,
STATE BOARD OF MENTAL HEALTH,
COLORADO DEPT. OF REGULATORY AGENCIES,
EXECUTIVE DIRECTOR TAMBOR WILLIAMS,
CORRECTIONAL HEALTHCARE [sic] MANAGEMENT,
HSA ELAINE MEYERS,
NURSE TIM GOSS (Acting HSA),
DR. SCHNEGEL,
DR. SOLIS,
DR. GARLICK,
NURSE LAURA IVERSON AND COMPLETE MEDICAL STAFF 1-100,
PATRICK J. SULLIVAN, JR.,
DETENTION FACILITY,
SHERIFF J. GRAYSON ROBINSON,
CAPTAIN BAY,
CHIEF LAUDERDLE,
LT. VOZ,
SGT. GROS KRUGER,
LT. HARTMAN,
CAPTAIN [sic] SGT. ROSS,
SGT. DARBY WISCOMB,
SGT. THOMPSON,
D/S JAMES,
D/S HAUSER,
D/S TRUJILLO,
D/S KELLY,
D/S CLINE,
D/S FREEMAN,
D/S CARLE,
D/S SEXTON,
D/S FINGER,
LT. MANOS,
LT. WICKSTORM,

AMERICAN CORRECTIONAL ASSOCIATION,
U.S. ATTORNEY GENERAL ALBERTO GONZALES,
ARAPAHOE COUNTY COMMISSIONERS [sic] BERNIE ZIMMER,
MAYOR OF CENTENNIAL RANDY PYE,
ARAPAHOE COUNTY JAIL CLASSIFICATIONS NANCY SIVIK, and
JOHN DOE & JANE DOE 1-200, all the above individuals in their official
and individual capacities,

Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

This matter is before the Court on the certified account statement and the Prisoner Complaint submitted by Plaintiff Sean Guerrero and filed with the Court on October 12, 2006. In a September 29, 2006, minute order, the Court informed Mr. Guerrero that the instant action was dismissed without prejudice for failure to cure in an order filed on September 20, 2006. Also in the September 29 minute order, the Court directed the clerk of the Court to mail to Mr. Guerrero at his new address a copy of the September 20 dismissal order and the proper forms for initiating a separate civil rights lawsuit, if Mr. Guerrero wishes to pursue his claims.

Despite the fact that Mr. Guerrero included the docket number for the instant action on the certified account statement and the Prisoner Complaint that he submitted to the Court on October 12, 2006, the clerk of the Court will be directed to use these documents to initiate a separate lawsuit so that Mr. Guerrero may pursue his claims. The October 12 documents filed in this action will not be addressed further and, therefore, will be stricken.

Dated: October 19, 2006

**Copies of this Minute Order** were mailed on October 19, 2006, to the following:

Sean Guerrero
Prisoner No. 06-6222
Arapahoe County Det. Ctr
P.O. Box 4918
Centennial, CO 80155

Secretary/Deputy Clerk